# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LITTLE,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>SOTO, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 17-4655-AB (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the February 6, 2018 Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; (2) Grounds Four and Five of the Petition are dismissed without prejudice; (3) Respondent shall file an Answer to Grounds One through Three of the Petition within thirty (30) days of this Order;

and (4) Petitioner may file a Reply to Respondent's Answer within thirty (30) days of the date the Answer is filed.

DATED: March 28, 2018

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE