# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LITTLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SOTO, Warden,<br><br>　　　　　Respondent. | Case No. CV 17-4655-AB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:　4/29/2019

　　　　　　　　　　　　　　　　　　ANDRE BIROTTE, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE